828 December 28, 2023 No. 696

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of J. M. S.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

J. M. S.,
*Appellant.*

Baker County Circuit Court
22CC02002; A178535

Russell B. West, Senior Judge.

Submitted November 3, 2023.

Harrison Latto filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, and Joyce, Judge, and Jacquot, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant appeals a judgment committing him to the Mental Health Division for a period not to exceed 180 days. He asserts that the trial court plainly erred by failing to fully advise him of his rights under ORS 426.100(1) when he was brought before the court. The state concedes the error, and we accept the state's concession. Under ORS 426.100(1), when a person alleged to have a mental illness is brought before the court, the court must advise the person of the reason for being brought before the court, the nature of the proceedings, the possible outcomes, the right to subpoena witnesses, and the person's right to counsel. *State v. A. R. G.*, 316 Or App 816, 818, 502 P3d 1203 (2022). In this case, the court did not provide all of the required information, including failing to advise appellant of his right to subpoena witnesses. We exercise discretion to correct the plain error in light of its gravity. *See id.* at 819 (similar).

Reversed.